**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00013-CR**
_____

**CHRISTOPHER PAUL RICHARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court
Jefferson County, Texas
Trial Cause No. 14-20372

**MEMORANDUM OPINION**

In an open plea, appellant Christopher Paul Richard pleaded guilty to possession of a controlled substance. *See* Tex. Health & Safety Code Ann. § 485.115(a), (b). The trial court found Richard guilty and assessed punishment at two years in state jail, then suspended imposition of sentence, placed Richard on community supervision for five years, and assessed a $500 fine. Subsequently, the State filed a motion to revoke Richard's community supervision. Richard pleaded "true" to violating one term of the community supervision order. After conducting

an evidentiary hearing, the trial court found that Richard violated the terms of his community supervision, revoked Richard's community supervision, and imposed a sentence of twenty months of confinement.

Richard's appellate counsel filed an *Anders* brief that presents counsel's professional evaluation of the record and concludes that the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On June 25, 2021, we granted an extension of time for Richard to file a *pro se* brief. We received no response from Richard.

We reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support the appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
W. SCOTT GOLEMON
Chief Justice

Submitted on September 28, 2021
Opinion Delivered October 6, 2021
Do Not Publish

Before Golemon, C.J., Kreger and Johnson, JJ.

---

[1]Richard may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.1.

2